✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release<br>Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  5:19-CR-00022-001 (MTT) |
| **KATHLEEN ROJAS** | |

On February 15, 2023, the supervised release period of three (3) years commenced. Since her release, Rojas has been residing in and supervised by the U.S. Probation Office in the Northern District of Georgia (ND/GA). According to a report from the supervising officer in the ND/GA, Kathleen Rojas has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Kathleen Rojas be discharged from supervision.

Respectfully submitted,

*Donald Coneway Sr.*

Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___10th___ day of ___September___, 2024.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE